IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
SEP 18 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFIC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 19-30122-SMY |
| MICHAEL D. BELL, ) | Title 18 United States Code |
| Defendant. ) | Sections 922(g)(1) and 924(d) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Felon in Possession of a Firearm)**

On or about May 18, 2019, in Marion County, within the Southern District of Illinois,

**MICHAEL D. BELL,**

defendant herein, did knowingly possess, in or affecting commerce, a firearm, to wit: a Ruger LCP 380ACP with serial number 372-28597, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Attempted Burglary in Case Number 09CR0093701 in the Circuit Court of Cook County Illinois, and knowing that he had been convicted of such a crime, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

1. The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offense in violation of Title 18, United States Code, Section 922(g)(1), the defendant,

MICHAEL D. BELL,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing commission of the offense, including, but not limited to:

one Ruger LCP 380ACP with serial number 372-28597,

and all ammunition possessed therewith; all pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
JENNIFER HUDSON
Assistant United States Attorney

_____
STEVEN WEINHOEFT
United States Attorney

Recommended Bond:
Detention

2